United States District Court
Southern District of Texas
**ENTERED**
December 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-16-162-2 |
| § | |
| OLUSOLA SHINA FREDERICK § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 60). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 5, 2017 at 9:00 a.m.**

SIGNED on December 12, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge